FILED

NOV 04 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KRISSY SANCHEZ,<br><br>                    Plaintiff,<br><br>vs.<br><br>CIERRA RASH, et al.,<br><br>                    Defendants. | CV 17-156-BLG-SPW<br><br>ORDER ADOPTING<br>MAGISTRATE'S FINDINGS<br>AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on October 15, 2019. (Doc. 76). The Magistrate recommended granting Defendant Harrington's motion for summary judgment, granting Defendant McCullough's motion to dismiss, and denying Defendant Fridel's motion for judgment on the pleadings. (Doc. 76 at 15).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

1

422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 76) are ADOPTED IN FULL.

IT IS FURTHER ORDERED:

1. Harrington's motion for summary judgment (Doc. 29) is GRANTED;

2. Defendant McCullough's motion to dismiss (Doc. 46) is GRANTED; and

3. Fridel's motion for judgment on the pleadings (Doc. 49) is DENIED.

DATED this 4th day of November, 2019.

SUSAN P. WATTERS
United States District Judge