IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KRISSY SANCHEZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CIERRA RUSH, et al.,<br><br>　　　　　　Defendants. | CV 17-156-BLG-SPW<br><br>ORDER ADOPTING<br>MAGISTRATE'S FINDINGS<br>AND RECOMMENDATIONS |

　　　　The United States Magistrate Judge filed Findings and Recommendations on March 1, 2021. (Doc. 160). The Magistrate recommended that Defendant Chris Friedel's Motion for Summary Judgment (Doc. 109) be granted; that Defendants Friedel's, Cunningham's, Lauwers', Linder's, McCave's, Taylor's, and Yellowstone County's Motions for Summary Judgment (Docs. 119, 127, 129, 131, 133, 135) be granted; and that Defendants Anthony's, Ellerbee's, Fitch's, Hogan's, Johnson's, Kirby's, Larson's, Rash's, and Weber's Motion for Summary Judgment (Doc. 116) be granted. (Doc. 160 at 38).

　　　　Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error.

1

*McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 160) are **ADOPTED IN FULL**.

IT IS FURTHER ORDERED that Defendant Chris Friedel's Motion for Summary Judgment (Doc. 109) is **GRANTED**.

IT IS FURTHER ORDERED that Defendants Friedel's, Cunningham's, Lauwers', Linder's, McCave's, Taylor's, and Yellowstone County's Motions for Summary Judgment (Docs. 119, 127, 129, 131, 133, 135) are **GRANTED**.

IT IS FURTHER ORDERED that Defendants Anthony's, Ellerbee's, Fitch's, Hogan's, Johnson's, Kirby's, Larson's, Rash's, and Weber's Motion for Summary Judgment (Doc. 116) is **GRANTED**.

IT IS FURTHER ORDERED that Defendants Neil Friedel, Rich Friedel, Douglas Friedel, and Steve Bullock are **DISMISSED**.

All Claims having been addressed, the Clerk of Court is directed to enter, by a separate document, judgment in favor of all Defendants and against Plaintiff.

Because Sanchez fails to prove the existence of a clearly established right and/or fails to provide any evidence supporting her allegations, the Court certifies, pursuant to Federal Rule of Appellate Procedure 24(a)(3)(A), that any appeal from its disposition will not be taken in good faith.

DATED this 19th day of March, 2021.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge